IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                           MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                             ORDER

This Document Relates To:

05-1366 VRW
_____/

    Plaintiff is ORDERED TO SHOW CAUSE in writing, not to exceed 10 pages, why defendant Northwest Airlines should not be dismissed under the federal preemption reasoning announced in the court's March 11, 2005, order (04-1606 VRW  Doc #151).  Plaintiff's writing is due on or before June 2, 2005.

    IT IS SO ORDERED.



VAUGHN R WALKER

United States District Chief Judge