IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
IN RE:                                    MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                      ORDER


This Document Relates To:

05-1366  VRW
                                    /
```

     Plaintiff and defendant B/E Aerospace Inc (B/E) have filed a stipulation of dismissal of all claims against B/E pursuant to FRCP 41(a)(1)(ii).  Doc #20.  B/E is the only named defendant remaining in this action; the other five defendants are identified as DOE defendants.  Accordingly, the remaining unnamed defendants are DISMISSED without prejudice.  The clerk is directed to CLOSE the file and TERMINATE all motions.

     SO ORDERED.

                                                VAUGHN R WALKER

                                                United States District Chief Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

2